**FISHER & PHILLIPS LLP**
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
mricciardi@fisherphillips.com
akheel@fisherphillips.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRIGG LABORATORIES, INC., a Nevada Corporation; <br><br> Plaintiff, <br><br> v. <br><br> THOMAS KELLY, an individual; <br><br> Defendant. | Case No. 2:18-cv-01779-MMD-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that this matter be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 10th day of June 2019.

                                                  FISHER & PHILLIPS LLP

                                                  */s/ Allison L. Kheel, Esq.*
                                                  MARK J. RICCIARDI, ESQ.
                                                  ALLISON L. KHEEL, ESQ.
                                                  300 S. Fourth Street
                                                  Suite 1500
                                                  Las Vegas, Nevada 89101
                                                  Attorneys for Plaintiff

IT IS ORDERED:

Dated: June 10, 2019

                                                  UNITED STATES DISTRICT JUDGE

- 1 –